No. 99–16.  BURNETTE *v.* SIGNET/CAPITAL ONE BANK.  C. A. 4th Cir.  Certiorari denied.

No. 99–17.  COUCH *v.* OREGON DEPARTMENT OF FISH AND WILDLIFE.  Ct. App. Ore.  Certiorari denied.

No. 99–19.  WAINSCOTT *v.* MEDUSA AGGREGATES CO.  C. A. 6th Cir.  Certiorari denied.

No. 99–21.  LaROCHE *v.* VOSE ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 99–22.  MISSISSIPPI TAX COMMISSION *v.* H. J. WILSON CO., INC.; and

No. 99–30.  H. J. WILSON CO., INC. *v.* MISSISSIPPI TAX COMMISSION.  Sup. Ct. Miss.  Certiorari denied.  Reported below: 737 So. 2d 981.

No. 99–23.  LA VELLE *v.* CALIFORNIA WORKERS' COMPENSATION APPEALS BOARD ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 99–25.  GENCARELLI *v.* MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROTECTION ET AL.  App. Ct. Mass.  Certiorari denied.

No. 99–27.  SHELTON *v.* ROSBOTTOM ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 99–28.  PHYSICIANS INSURANCE COMPANY OF WISCONSIN ET AL. *v.* SCHREIBER, A MINOR, BY HER GUARDIAN AD LITEM, KRUEGER, ET AL.  Sup. Ct. Wis.  Certiorari denied.

No. 99–32.  BLUE *v.* NEW MEXICO.  Ct. App. N. M.  Certiorari denied.

No. 99–33.  FERNANDES *v.* ENVIRONMENTAL PROTECTION AGENCY ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 99–35.  IN RE KRAMER.  Ct. App. N. Y.  Certiorari denied.